IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNATE WATSON, on her own behalf and as a Parent and Natural Guardian of B.L., a Minor,<br><br>　　　　Plaintiff,<br>　v.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, ALBERT EINSTEIN MEDICAL CENTER a/k/a EINSTEIN MEDICAL CENTER, ALBERT EINSTEIN HEALTHCARE NETWORK d/b/a EINSTEIN HEALTHCARE NETWORK,<br><br>　　　　Defendants. | Civil Action No. 2:22-cv-01874 |

**DEFENDANT ABBOTT LABORATORIES'**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Abbott Laboratories hereby states as follows:

1.　Abbott Laboratories, a non-governmental publicly-held corporate party, has no parent corporation and no publicly held corporation owns 10% or more of Abbott's stock.

May 13, 2022

Respectfully submitted,

*/s/ Samuel W. Silver*
Samuel W. Silver (PA ID No. 56596)
John R. Timmer (PA ID No. 89814)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
T: (215) 751-2309/2451
F: (215) 751-2205
ssilver@schnader.com
jtimmer@schnader.com

Kimberly A. Brown (PA ID No. 56200)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
T: (412) 394-7995
F: (412) 394-7959
kabrown@jonesday.com

*Counsel for Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court, and to be furnished by U.S. Mail and e-mail to the following:

| | |
|---|---|
| Tracy Finken<br>ANAPOL WEISS<br>One Logan Square<br>130 N. 18th St., Suite 1600<br>Philadelphia, PA 19103<br>(205) 735-0773<br>tfinken@anapolweiss.com<br><br>*Counsel for Plaintiff*<br><br>Ashley Keller<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4100<br>Chicago, Illinois 60606<br>(312) 741-5220<br>ack@kellerlenkner.com<br><br>*Counsel for Plaintiff*<br><br>Alex Walsh<br>WALSH LAW PLLC<br>1050 Connecticut Ave, NW, Suite 500<br>Washington, D.C. 20036<br>(202) 780-4127<br>awalsh@alexwalshlaw.com<br><br>*Counsel for Plaintiff* | Catherine M. Recker (PA Bar No. 56813)<br>Amy B. Carver (PA Bar No. 84819)<br>Richard D. Walk, III (PA Bar No. 329420)<br>WELSH & RECKER, P.C.<br>306 Walnut St.<br>Philadelphia, PA 19106<br>215.972.6430<br>cmrecker@welshrecker.com<br>abcarver@welshrecker.com<br>rwalk@welshrecker.com<br><br>*Counsel for Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company*<br><br>Kenneth A. Murphy, Esquire<br>Heather R. Olson, Esquire<br>TUCKER LAW GROUP, LLC<br>Ten Penn Center<br>1801 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 875-0609<br>kmurphy@tlgattorneys.com<br>holson@tlgattorneys.com<br><br>*Counsel for Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company*<br><br>Donald J. Brooks, Jr., Esq.<br>Jacquelyn J. Ager, Esq.<br>Eckert Seamans Cherin & Mellott<br>Two Liberty Place<br>50 South 16th Street, 22nd Floor<br>Philadelphia, PA 19102<br>(215) 851-8400<br>Email: dbrooks@eckertseamans.com<br>Email: jager@eckertseamans.com |

|  | *Counsel for Defendants Albert Einstein Medical Center a/k/a Einstein Medical Center and Albert Einstein Healthcare Network d/b/a Einstein Healthcare Network* |
|---|---|

/s/ John R. Timmer
Samuel W. Silver (PA ID No. 56596)
John R. Timmer (PA ID No. 89814)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
T: (215) 751-2309/2451
F: (215) 751-2205
ssilver@schnader.com
jtimmer@schnader.com

*Counsel for Abbott Laboratories*